IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )         2:20cr85-MHT
                            )             (WO)
RONALD WOOD                 )
```

## ORDER

It is ORDERED that the motion to dismiss (Doc. 275) is granted, and the superseding indictments (Doc. 22 & Doc. 155) are dismissed without prejudice only as to defendant Ronald Wood, due to the death of defendant Wood. Defendant Wood is discharged.

DONE, this the 14th day of July, 2021.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE